# U.S. District Court
# U.S. District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:26−cv−01576−JWB−DTS
## *Internal Use Only*

Minneapolis Area Synod of the Evangelical Lutheran Church in America et al v. U.S. Department of Homeland Security et al
Assigned to: Judge Jerry W. Blackwell
Referred to: Magistrate Judge David T. Schultz
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 02/23/2026
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Minneapolis Area Synod of the Evangelical Lutheran Church in America**

represented by

**Chelsea A Walcker**
Groundwork Legal
1650 West End Blvd Suite 100
St. Louis Park, MN 55416
612−208−9349
Email: chelsea@groundworklegal.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin E Westbrook**
Saul Ewing LLP
90 South 7th Street
Suite 3900
Minneapolis, MN 55402
612−225−2946
Fax: 612−677−3844
Email: erin.westbrook@saul.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Irina Vaynerman**
Groundwork Legal
1650 West End Blvd
Ste #100
St. Louis Park, MN 55416
612−217−2141
Email: irina@groundworklegal.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kaitlin Yira**
Saul Ewing
33 South Sixth Street
Suite 4750
Minneapolis, MN 55402
612−225−2963
Email: kaitlin.yira@saul.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Katherine S Barrett Wiik**
Saul Ewing LLP
90 South Seventh Street
Suite 3900
Minneapolis, MN 55402
612−225−2621
Email: katie.barrettwiik@saul.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Minnesota Conference of the United Church of Christ** represented by **Chelsea A Walcker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin E Westbrook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Irina Vaynerman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kaitlin Yira**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Katherine S Barrett Wiik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Father Christopher Collins, SJ** represented by **Chelsea A Walcker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin E Westbrook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Irina Vaynerman**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kaitlin Yira**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Katherine S Barrett Wiik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**U.S. Department of Homeland Security** represented by **David W Fuller**
United States Attorney's Office
300 S 4th St Ste 600
Minneapolis, MN 55415
612−664−5627
Fax: 612−664−5787
Email: david.fuller@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Markwayne Mullin**
*in his official capacity as Secretary of Homeland Security* represented by **David W Fuller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. Immigration and Customs Enforcement** represented by **David W Fuller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Venturella**
*in his official capacity as Acting Director of Immigration and Customs Enforcement* represented by **David W Fuller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Marcos Charles**
*in his official capacity as the Acting Executive Director for Immigration and* represented by **David W Fuller**
(See above for address)
*LEAD ATTORNEY*

*Customs Enforcement and Removal Operations* | | *ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **David Easterwood**<br>*in his official capacity as Acting Field Office Director for Immigration and Customs Enforcement's Enforcement and Removal Operations St. Paul Field Office* | represented by | **David W Fuller**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **U.S. Federal Protective Service** | represented by | **David W Fuller**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Faron K. Paramore**<br>*in his official capacity as Director of the Federal Protective Service* | represented by | **David W Fuller**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Right Reverend Craig Loya** | represented by | **Adam J. Garnick**<br>Gibson, Dunn & Crutcher LLP<br>New York<br>200 Park Avenue<br>New York<br>New York, NY 10166<br>212−351−4000<br>Email: agarnick@gibsondunn.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Katharine Mary Janes**<br>Gibson, Dunn & Crutcher LLP<br>1700 M Street, NW<br>Washington, DC 20036<br>202−955−8508<br>Email: kjanes@gibsondunn.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Katherine Michelle Marquart**<br>Gibson Dunn & Crutcher LLP<br>Los Angeles<br>333 South Grand Avenue<br>Los Angeles, CA 90071−3197 |

213−229−7475
Email: kmarquart@gibsondunn.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lauren R. Goldman**
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166−0193
212−351−4000
Email: lgoldman@gibsondunn.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark J. Cherry**
Gibson, Dunn & Crutcher LLP
200 Park Ave.
New York, NY 10166
212−351−3978
Fax: 212−817−9478
Email: mcherry@gibsondunn.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Martin S Chester**
Faegre Drinker Biddle & Reath LLP
90 S. 7th St.
Ste. 2200
Minneapolis, MN 55402
612−766−7232
Email: martin.chester@faegredrinker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Rabbi Harold Kravitz** represented by **Adam J. Garnick**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katharine Mary Janes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katherine Michelle Marquart**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lauren R. Goldman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark J. Cherry**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Martin S Chester**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Jewish Community Action** represented by **Adam J. Garnick**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katharine Mary Janes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katherine Michelle Marquart**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lauren R. Goldman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark J. Cherry**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Martin S Chester**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**<u>Amicus</u>**

| | | |
|---|---|---|
| **Bishop Kevin Kenney** | represented by | **Adam J. Garnick**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Katharine Mary Janes**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Katherine Michelle Marquart**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Lauren R. Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Mark J. Cherry**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Martin S Chester**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**<u>Amicus</u>**

| | | |
|---|---|---|
| **First Universalist Church** | represented by | **Adam J. Garnick**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Katharine Mary Janes**<br>(See above for address)<br>*LEAD ATTORNEY* |

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katherine Michelle Marquart**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lauren R. Goldman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark J. Cherry**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Martin S Chester**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Reverend Ben Connelly** represented by **Adam J. Garnick**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katharine Mary Janes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katherine Michelle Marquart**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lauren R. Goldman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark J. Cherry**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Martin S Chester**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **Reverend Jen Crow** | represented by | **Adam J. Garnick**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Katharine Mary Janes**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Katherine Michelle Marquart**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Lauren R. Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Mark J. Cherry**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Martin S Chester**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Minnesota Council of Churches** | represented by | **Adam J. Garnick**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE* |

*ATTORNEY TO BE NOTICED*

**Katharine Mary Janes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katherine Michelle Marquart**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lauren R. Goldman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark J. Cherry**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Martin S Chester**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 02/23/2026 | 1 | COMPLAINT against All Defendants (filing fee $ 405, receipt number AMNDC−12714967) filed by Christopher Collins, SJ, Minnesota Conference of the United Church of Christ, Minneapolis Area Synod of the Evangelical Lutheran Church in America. Filer requests summons issued. (Attachments: # 1 Civil Cover Sheet) (Westbrook, Erin) (Entered: 02/23/2026) |
| 02/23/2026 | 2 | (Text−Only) CLERK'S NOTICE OF INITIAL CASE ASSIGNMENT. Case assigned to Judge Jerry W. Blackwell per Civil (3rd, 4th − Civil Rights) list, referred to Magistrate Judge David T. Schultz. Please use case number 26−cv−1576 (JWB/DTS). **Notice: All Nongovernmental Corporate Parties must file a Rule 7.1 Corporate Disclosure Statement.** (ABR) (Entered: 02/23/2026) |
| 02/23/2026 | 3 | Summons Issued as to Marcos Charles, David Easterwood, Todd Lyons, Kristi Noem, Faron K. Paramore, U.S. Department of Homeland Security, U.S. Federal Protective |

| | | |
|---|---|---|
| | | Service, U.S. Immigration and Customs Enforcement. (ABR) (Entered: 02/23/2026) |
| 02/23/2026 | 4 | MOTION for Preliminary Injunction − Expedited Handling Requested filed by Christopher Collins, SJ, Minneapolis Area Synod of the Evangelical Lutheran Church in America, Minnesota Conference of the United Church of Christ. (Westbrook, Erin) (Entered: 02/23/2026) |
| 02/23/2026 | 5 | PROPOSED ORDER TO JUDGE re 4 MOTION for Preliminary Injunction − Expedited Handling Requested filed by Christopher Collins, SJ, Minneapolis Area Synod of the Evangelical Lutheran Church in America, Minnesota Conference of the United Church of Christ.(Westbrook, Erin) (Entered: 02/23/2026) |
| 02/23/2026 | 6 | MEMORANDUM in Support re 4 MOTION for Preliminary Injunction − Expedited Handling Requested filed by Christopher Collins, SJ, Minneapolis Area Synod of the Evangelical Lutheran Church in America, Minnesota Conference of the United Church of Christ. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate, DOCUMENT FILED IN ERROR//# 2 Exhibit(s) 1, DOCUMENT FILED IN ERROR//# 3 Exhibit(s) A − Declaration of Father Collins, SJ, DOCUMENT FILED IN ERROR//# 4 Exhibit(s) B − Declaration of Bishop Jennifer Nagel, DOCUMENT FILED IN ERROR//# 5 Exhibit(s) C − Declaration of Rev. Melissa Gonzalez, DOCUMENT FILED IN ERROR//# 6 Exhibit(s) D − Declaration of Rev. Dr. Rebecca Voelkel, DOCUMENT FILED IN ERROR//# 7 Exhibit(s) E − Declaration of Rev. Susie Hayward)(Westbrook, Erin) Modified text on 2/23/2026 (ACH). (Entered: 02/23/2026) |
| 02/23/2026 | 7 | MEET and CONFER STATEMENT re 4 Motion for Preliminary Injunction, filed by Christopher Collins, SJ, Minneapolis Area Synod of the Evangelical Lutheran Church in America, Minnesota Conference of the United Church of Christ.(Westbrook, Erin) (Entered: 02/23/2026) |
| 02/23/2026 | 8 | EXHIBIT 1 re 6 Memorandum in Support of Motion,,, filed by Christopher Collins, SJ, Minneapolis Area Synod of the Evangelical Lutheran Church in America, Minnesota Conference of the United Church of Christ.(Westbrook, Erin) (Entered: 02/23/2026) |
| 02/23/2026 | 9 | Declaration in Support of 4 MOTION for Preliminary Injunction − Expedited Handling Requested filed by Christopher Collins, SJ, Minneapolis Area Synod of the Evangelical Lutheran Church in America, Minnesota Conference of the United Church of Christ.(Westbrook, Erin) (Entered: 02/23/2026) |
| 02/23/2026 | 10 | Declaration of Bishop Jennifer Nagel in Support of 4 MOTION for Preliminary Injunction − Expedited Handling Requested filed by Christopher Collins, SJ, Minneapolis Area Synod of the Evangelical Lutheran Church in America, Minnesota Conference of the United Church of Christ.(Westbrook, Erin) (Entered: 02/23/2026) |
| 02/23/2026 | 11 | Declaration of Rev. Melissa Gonzalez in Support of 4 MOTION for Preliminary Injunction − Expedited Handling Requested filed by Christopher Collins, SJ, Minneapolis Area Synod of the Evangelical Lutheran Church in America, Minnesota Conference of the United Church of Christ.(Westbrook, Erin) (Entered: 02/23/2026) |
| 02/23/2026 | 12 | Declaration of Rev. Dr. Rebecca Voelkel in Support of 4 MOTION for Preliminary Injunction − Expedited Handling Requested filed by Christopher Collins, SJ, Minneapolis Area Synod of the Evangelical Lutheran Church in America, Minnesota Conference of the United Church of Christ.(Westbrook, Erin) (Entered: 02/23/2026) |

| | | |
|---|---|---|
| 02/23/2026 | 13 | Declaration of Rev. Susie Hayward in Support of 4 MOTION for Preliminary Injunction − Expedited Handling Requested filed by Christopher Collins, SJ, Minneapolis Area Synod of the Evangelical Lutheran Church in America, Minnesota Conference of the United Church of Christ.(Westbrook, Erin) (Entered: 02/23/2026) |
| 02/23/2026 | 14 | (Text−Only) Notice re: Non−Admitted Attorney<br><br>We have received documents listing **Maxwell Bremer** as counsel of record. If he or she wishes to be listed as an attorney of record in this case, he or she must be admitted to the bar of the U.S. District Court of Minnesota in accordance with Local Rule 83.5 (a), (b) and (c) or temporarily admitted pro hac vice in accordance with Local Rule 83.5 (d) or (e).<br><br>For more admissions information and forms, please see the Attorney Forms Section of the courts website at www.mnd.uscourts.gov/forms/all−forms. (ABR) (Entered: 02/23/2026) |
| 02/23/2026 | 15 | **RULE 7.1 DISCLOSURE STATEMENT.**<br>There is no parent corporation, publicly held corporation owning 10 percent or more of its stock, or any subsidiaries to report for Minneapolis Area Synod of the Evangelical Lutheran Church in America. (Westbrook, Erin) (Entered: 02/23/2026) |
| 02/23/2026 | 16 | **RULE 7.1 DISCLOSURE STATEMENT.**<br>There is no parent corporation, publicly held corporation owning 10 percent or more of its stock, or any subsidiaries to report for Minnesota Conference of the United Church of Christ. (Westbrook, Erin) (Entered: 02/23/2026) |
| 02/23/2026 | 17 | NOTICE OF HEARING ON MOTION 4 MOTION for Preliminary Injunction − Expedited Handling Requested : Date and time to be determined. (Westbrook, Erin) (Entered: 02/23/2026) |
| 02/25/2026 | 18 | ORDER SETTING BRIEFING SCHEDULE, REQUIRING MEET AND CONFER, AND DIRECTING EVIDENTIARY SUBMISSIONS. (See Order for Complete Details.)<br><br>Signed by Judge Jerry W. Blackwell on 2/25/2026. (CRD) (Entered: 02/25/2026) |
| 02/25/2026 | 19 | NOTICE of Appearance by David W Fuller on behalf of Marcos Charles, David Easterwood, Todd Lyons, Kristi Noem, Faron K. Paramore, U.S. Department of Homeland Security, U.S. Federal Protective Service, U.S. Immigration and Customs Enforcement. (Fuller, David) (Entered: 02/25/2026) |
| 02/26/2026 | 20 | AFFIDAVIT of Service by Christopher Collins, SJ, Minneapolis Area Synod of the Evangelical Lutheran Church in America, Minnesota Conference of the United Church of Christ re 15 Rule 7.1 − Disclosure Statement, 3 Summons Issued, 4 MOTION for Preliminary Injunction − Expedited Handling Requested, 10 Declaration in Support, 16 Rule 7.1 − Disclosure Statement, 12 Declaration in Support, 9 Declaration in Support, 8 Exhibit, 11 Declaration in Support, 13 Declaration in Support, 7 Meet and Confer Statement, 5 Proposed Order to Judge, 6 Memorandum in Support of Motion,,, 1 Complaint, 17 Notice of Hearing on Motion *upon U.S. Attorney Daniel N. Rosen* (Westbrook, Erin) (Entered: 02/26/2026) |
| 02/26/2026 | 21 | AFFIDAVIT of Service by Christopher Collins, SJ, Minneapolis Area Synod of the Evangelical Lutheran Church in America, Minnesota Conference of the United Church of Christ re 15 Rule 7.1 − Disclosure Statement, 3 Summons Issued, 4 MOTION for |

| | | |
|---|---|---|
| | | Preliminary Injunction − Expedited Handling Requested, 10 Declaration in Support, 16 Rule 7.1 − Disclosure Statement, 12 Declaration in Support, 9 Declaration in Support, 8 Exhibit, 11 Declaration in Support, 13 Declaration in Support, 7 Meet and Confer Statement, 5 Proposed Order to Judge, 6 Memorandum in Support of Motion,,, 1 Complaint, 17 Notice of Hearing on Motion *via Certified Mail upon U.S. Attorney General, U.S. Department of Homeland Security, Kristi Noem, U.S. Immigration and Customs Enforcement, Todd Lyons, Marcos Charles, David Easterwood, U.S. Federal Protective Service, and Faron K. Paramore* (Westbrook, Erin) (Entered: 02/26/2026) |
| 02/26/2026 | 22 | AMENDED NOTICE of Hearing on Motion: 4 MOTION for Preliminary Injunction − Expedited Handling Requested : Motion Hearing set for 3/13/2026 at 10:00 AM in Courtroom 7A (STP) before Judge Jerry W. Blackwell. (Westbrook, Erin) (Entered: 02/26/2026) |
| 03/04/2026 | 23 | (Text−Only) NOTICE of Resetting of Hearing: Motion Hearing set for 3/13/2026 at 10:00 AM in Edward J. Devitt Courtroom (STP) before Judge Jerry W. Blackwell. **THIS IS A COURTROOM LOCATION CHANGE ONLY.** (CRD) (Entered: 03/04/2026) |
| 03/04/2026 | 24 | NOTICE of Appearance by Katherine S Barrett Wiik on behalf of Christopher Collins, SJ, Minneapolis Area Synod of the Evangelical Lutheran Church in America, Minnesota Conference of the United Church of Christ. (Barrett Wiik, Katherine) (Entered: 03/04/2026) |
| 03/06/2026 | 25 | AMENDED NOTICE of Hearing on Motion: 4 MOTION for Preliminary Injunction − Expedited Handling Requested : Motion Hearing set for 3/13/2026 at 10:00 AM in Edward J. Devitt Courtroom (STP) before Judge Jerry W. Blackwell. (Westbrook, Erin) (Entered: 03/06/2026) |
| 03/06/2026 | 26 | MOTION for Extension of Time *to Respond to Motion for Preliminary Injunction* filed by Marcos Charles, David Easterwood, Todd Lyons, Kristi Noem, Faron K. Paramore, U.S. Department of Homeland Security, U.S. Federal Protective Service, U.S. Immigration and Customs Enforcement. (Fuller, David) (Entered: 03/06/2026) |
| 03/06/2026 | 27 | PROPOSED ORDER TO JUDGE re 26 MOTION for Extension of Time *to Respond to Motion for Preliminary Injunction* filed by Marcos Charles, David Easterwood, Todd Lyons, Kristi Noem, Faron K. Paramore, U.S. Department of Homeland Security, U.S. Federal Protective Service, U.S. Immigration and Customs Enforcement.(Fuller, David) (Entered: 03/06/2026) |
| 03/06/2026 | 28 | Amicus Curiae APPEARANCE entered by Martin S Chester on behalf of Right Reverend Craig Loya, Rabbi Harold Kravitz, Jewish Community Action, Bishop Kevin Kenney, First Universalist Church, Reverend Ben Connelly, Reverend Jen Crow, Minnesota Council of Churches. (Chester, Martin) (Entered: 03/06/2026) |
| 03/06/2026 | 29 | MOTION for Admission Pro Hac Vice for Attorney Adam Garnick. Filing fee $ 150, receipt number AMNDC−12766397 filed by Bishop Kevin Kenney, First Universalist Church, Jewish Community Action, Minnesota Council of Churches, Rabbi Harold Kravitz, Reverend Ben Connelly, Reverend Jen Crow, Right Reverend Craig Loya. (Chester, Martin) (Entered: 03/06/2026) |
| 03/06/2026 | 30 | MOTION for Admission Pro Hac Vice for Attorney Katherine Michelle Marquart. Filing fee $ 150, receipt number AMNDC−12766399 filed by Bishop Kevin Kenney, First Universalist Church, Jewish Community Action, Minnesota Council of Churches, Rabbi Harold Kravitz, Reverend Ben Connelly, Reverend Jen Crow, Right Reverend |

| | | |
|---|---|---|
| | | Craig Loya. (Chester, Martin) (Entered: 03/06/2026) |
| 03/06/2026 | 31 | MOTION for Admission Pro Hac Vice for Attorney Katherine Janes. Filing fee $ 150, receipt number AMNDC−12766424 filed by Bishop Kevin Kenney, First Universalist Church, Jewish Community Action, Minnesota Council of Churches, Rabbi Harold Kravitz, Reverend Ben Connelly, Reverend Jen Crow, Right Reverend Craig Loya. (Chester, Martin) (Entered: 03/06/2026) |
| 03/06/2026 | 32 | MOTION for Admission Pro Hac Vice for Attorney Lauren Rosenblum Goldman. Filing fee $ 150, receipt number AMNDC−12766436 filed by Bishop Kevin Kenney, First Universalist Church, Jewish Community Action, Minnesota Council of Churches, Rabbi Harold Kravitz, Reverend Ben Connelly, Reverend Jen Crow, Right Reverend Craig Loya. (Chester, Martin) (Entered: 03/06/2026) |
| 03/06/2026 | 33 | MOTION for Admission Pro Hac Vice for Attorney Mark J. Cherry. Filing fee $ 150, receipt number AMNDC−12766446 filed by Bishop Kevin Kenney, First Universalist Church, Jewish Community Action, Minnesota Council of Churches, Rabbi Harold Kravitz, Reverend Ben Connelly, Reverend Jen Crow, Right Reverend Craig Loya. (Chester, Martin) (Entered: 03/06/2026) |
| 03/06/2026 | 34 | MOTION to Appear as Amicus Curiae *LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION* filed by Bishop Kevin Kenney, First Universalist Church, Jewish Community Action, Minnesota Council of Churches, Rabbi Harold Kravitz, Reverend Ben Connelly, Reverend Jen Crow, Right Reverend Craig Loya. (Chester, Martin) (Entered: 03/06/2026) |
| 03/06/2026 | 35 | NOTICE OF HEARING ON MOTION 34 MOTION to Appear as Amicus Curiae *LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION* : Date and time to be determined. (Chester, Martin) (Entered: 03/06/2026) |
| 03/06/2026 | 36 | MEMORANDUM in Support re 34 MOTION to Appear as Amicus Curiae *LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION* filed by Bishop Kevin Kenney, First Universalist Church, Jewish Community Action, Minnesota Council of Churches, Rabbi Harold Kravitz, Reverend Ben Connelly, Reverend Jen Crow, Right Reverend Craig Loya. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Chester, Martin) (Entered: 03/06/2026) |
| 03/06/2026 | 37 | Declaration of Martin Chester in Support of 34 MOTION to Appear as Amicus Curiae *LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION* filed by Bishop Kevin Kenney, First Universalist Church, Jewish Community Action, Minnesota Council of Churches, Rabbi Harold Kravitz, Reverend Ben Connelly, Reverend Jen Crow, Right Reverend Craig Loya. (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B, # 3 Exhibit(s) C, # 4 Exhibit(s) D, # 5 Exhibit(s) E, # 6 Exhibit(s) F, # 7 Exhibit(s) G, # 8 Exhibit(s) H, # 9 Exhibit(s) I)(Chester, Martin) (Entered: 03/06/2026) |
| 03/06/2026 | 38 | MEET and CONFER STATEMENT re 34 Motion to Appear as Amicus Curiae, filed by Bishop Kevin Kenney, First Universalist Church, Jewish Community Action, Minnesota Council of Churches, Rabbi Harold Kravitz, Reverend Ben Connelly, Reverend Jen Crow, Right Reverend Craig Loya.(Chester, Martin) (Entered: 03/06/2026) |

| | | |
|---|---|---|
| 03/06/2026 | 39 | PROPOSED ORDER TO JUDGE re 34 MOTION to Appear as Amicus Curiae *LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION* filed by Bishop Kevin Kenney, First Universalist Church, Jewish Community Action, Minnesota Council of Churches, Rabbi Harold Kravitz, Reverend Ben Connelly, Reverend Jen Crow, Right Reverend Craig Loya.(Chester, Martin) (Entered: 03/06/2026) |
| 03/06/2026 | 40 | STATUS REPORT *JOINT STATUS REPORT* by Minneapolis Area Synod of the Evangelical Lutheran Church in America, Minnesota Conference of the United Church of Christ. (Walcker, Chelsea) (Entered: 03/06/2026) |
| 03/07/2026 | 41 | MEMORANDUM in Opposition re 26 MOTION for Extension of Time *to Respond to Motion for Preliminary Injunction* filed by Christopher Collins, SJ, Minneapolis Area Synod of the Evangelical Lutheran Church in America, Minnesota Conference of the United Church of Christ. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Walcker, Chelsea) (Entered: 03/07/2026) |
| 03/09/2026 | 42 | AMENDED BRIEFING SCHEDULE. (See Order for Complete Details.)<br><br>Signed by Judge Jerry W. Blackwell on 3/9/2026. (CRD) (Entered: 03/09/2026) |
| 03/11/2026 | 43 | (Text−Only) ORDER granting 30 Motion for Admission Pro Hac Vice of Attorney Katherine Michelle Marquart for Bishop Kevin Kenney, for First Universalist Church, for Jewish Community Action, for Minnesota Council of Churches, for Rabbi Harold Kravitz, for Reverend Ben Connelly, for Reverend Jen Crow, for Right Reverend Craig Loya. Approved by Magistrate Judge David T. Schultz on 3/11/2026. (CNO) (Entered: 03/11/2026) |
| 03/11/2026 | 44 | (Text−Only) ORDER granting 31 Motion for Admission Pro Hac Vice of Attorney Katharine Mary Janes for Bishop Kevin Kenney, for First Universalist Church, for Jewish Community Action, for Minnesota Council of Churches, for Rabbi Harold Kravitz, for Reverend Ben Connelly, for Reverend Jen Crow, for Right Reverend Craig Loya. Approved by Magistrate Judge David T. Schultz on 3/11/2026. (CNO) (Entered: 03/11/2026) |
| 03/11/2026 | 45 | (Text−Only) ORDER granting 32 Motion for Admission Pro Hac Vice of Attorney Lauren R. Goldman for Bishop Kevin Kenney, for First Universalist Church, for Jewish Community Action, for Minnesota Council of Churches, for Rabbi Harold Kravitz, for Reverend Ben Connelly, for Reverend Jen Crow, for Right Reverend Craig Loya. Approved by Magistrate Judge David T. Schultz on 3/11/2026. (CNO) (Entered: 03/11/2026) |
| 03/11/2026 | 46 | THIRD AMENDED NOTICE of Hearing on Motion: 4 MOTION for Preliminary Injunction − Expedited Handling Requested : Motion Hearing set for 3/20/2026 at 10:00 AM in Edward J. Devitt Courtroom (STP) before Judge Jerry W. Blackwell. (Westbrook, Erin) Modified text on 3/11/2026 (ABR). (Entered: 03/11/2026) |
| 03/11/2026 | 47 | (Text−Only) ORDER granting 29 Motion for Admission Pro Hac Vice of Attorney Adam J. Garnick for Bishop Kevin Kenney, for First Universalist Church, for Jewish Community Action, for Minnesota Council of Churches, for Rabbi Harold Kravitz, for Reverend Ben Connelly, for Reverend Jen Crow, and, for Right Reverend Craig Loya. Approved by Magistrate Judge David T. Schultz on 3/11/2026. (CNO) (Entered: 03/11/2026) |
| 03/11/2026 | 48 | |

| | | |
|---|---|---|
| | | (Text−Only) ORDER granting 33 Motion for Admission Pro Hac Vice of Attorney Mark J. Cherry for Bishop Kevin Kenney, for First Universalist Church, for Jewish Community Action, for Minnesota Council of Churches, for Rabbi Harold Kravitz, for Reverend Ben Connelly, for Reverend Jen Crow, for Right Reverend Craig Loya. Approved by Magistrate Judge David T. Schultz on 3/11/2026. (CNO) (Entered: 03/11/2026) |
| 03/12/2026 | 49 | STATUS REPORT *UPDATED JOINT STATUS REPORT* by Minneapolis Area Synod of the Evangelical Lutheran Church in America, Minnesota Conference of the United Church of Christ. (Walcker, Chelsea) (Entered: 03/12/2026) |
| 03/13/2026 | 50 | NOTICE by Marcos Charles, David Easterwood, Todd Lyons, Kristi Noem, Faron K. Paramore, U.S. Department of Homeland Security, U.S. Federal Protective Service, U.S. Immigration and Customs Enforcement re 42 Order on Motion for Extension of Time (Fuller, David) (Entered: 03/13/2026) |
| 03/13/2026 | 51 | (Text Only) TEXT ORDER. Upon review of the Motion to Appear as Amicus Curiae (Doc. No. 34), the Motion is GRANTED, and the Proposed Amicus Curiae Brief (Doc. No. 37−1) is ACCEPTED as providing timely and useful information. The amicus curiae may not file a reply brief or participate in oral argument without court permission. Plaintiffs and Defendants may address any of the matters raised in the amicus brief in their forthcoming written submissions on Plaintiffs' Motion for Preliminary Injunction.<br><br>Signed by Judge Jerry W. Blackwell on 3/13/2026. (CRD) (Entered: 03/13/2026) |
| 03/16/2026 | 52 | RESPONSE re 4 MOTION for Preliminary Injunction − Expedited Handling Requested filed by Marcos Charles, David Easterwood, Todd Lyons, Kristi Noem, Faron K. Paramore, U.S. Department of Homeland Security, U.S. Federal Protective Service, U.S. Immigration and Customs Enforcement.(Fuller, David) (Entered: 03/16/2026) |
| 03/16/2026 | 53 | DECLARATION of Tauria Rich re 52 Response, by Marcos Charles, David Easterwood, Todd Lyons, Kristi Noem, Faron K. Paramore, U.S. Department of Homeland Security, U.S. Federal Protective Service, U.S. Immigration and Customs Enforcement . (Attachments: # 1 Exhibit(s) 1, # 2 Exhibit(s) 2)(Fuller, David) (Entered: 03/16/2026) |
| 03/18/2026 | 54 | REPLY re 52 Response, 4 MOTION for Preliminary Injunction − Expedited Handling Requested filed by Christopher Collins, SJ, Minneapolis Area Synod of the Evangelical Lutheran Church in America, Minnesota Conference of the United Church of Christ. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Westbrook, Erin) (Entered: 03/18/2026) |
| 03/18/2026 | 55 | LR7.1/LR72.2 WORD COUNT COMPLIANCE CERTIFICATE by Christopher Collins, SJ, Minneapolis Area Synod of the Evangelical Lutheran Church in America, Minnesota Conference of the United Church of Christ re 54 Reply, filed by Christopher Collins, SJ, Minneapolis Area Synod of the Evangelical Lutheran Church in America, Minnesota Conference of the United Church of Christ.(Westbrook, Erin) (Entered: 03/18/2026) |
| 03/20/2026 | 56 | (Text−Only) **MINUTE ENTRY for proceedings held before Judge Jerry W. Blackwell on 3/20/2026: Oral Arguments Motion Hearing.** |

| | | |
|---|---|---|
| | | Court Reporter: Lori Morrow<br>St. Paul Courthouse, Courtroom Edward J. Devitt Courtroom<br>Time: 10:07 am − 11:10 am<br>Total Time: 1 hour 3 minutes<br><br>**APPEARANCES:**<br>**For Plaintiff(s):** Erin E. Westbrook; Irina Vaynerman; Kaitlin Yira<br>**For Defendant(s):** Daivd W. Fuller; Joseph Teirb<br><br>**PROCEEDINGS:**<br>**Hearing on: 4 MOTION for Preliminary Injunction − Expedited Handling Requested filed by Christopher Collins, SJ, Minnesota Conference of the United Church of Christ, Minneapolis Area Synod of the Evangelical Lutheran Church in America.**<br>Written order to be issued.<br><br>(CRD) (Entered: 03/20/2026) |
| 03/20/2026 | 57 | ORDER ON MOTION FOR PRELIMINARY INJUNCTION. **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Preliminary Injunction (Doc. No. 4 ) is **GRANTED IN PART** and **DENIED IN PART**. (See Order for Complete Details.)<br><br>Signed by Judge Jerry W. Blackwell on 3/20/2026. (CRD) (Entered: 03/20/2026) |
| 03/20/2026 | 58 | NOTICE by David Easterwood, Todd Lyons, Kristi Noem, Faron K. Paramore, U.S. Department of Homeland Security, U.S. Federal Protective Service, U.S. Immigration and Customs Enforcement (Fuller, David) (Entered: 03/20/2026) |
| 03/23/2026 | 59 | EXPEDITED DAILY TRANSCRIPT SERVICES REQUEST to Court Reporter Lori Morrow. (Fuller, David) (Entered: 03/23/2026) |
| 03/23/2026 | 60 | TRANSCRIPT REQUEST for an Expedited Daily Transcript &#040by 8am following day&#041 for a COPY OF TRANSCRIPT 56 Motion Hearing,,, to Court Reporter Lori Morrow. (Westbrook, Erin) (Entered: 03/23/2026) |
| 03/23/2026 | 61 | TRANSCRIPT of Motions Hearing held on 3/20/2026 before Judge Jerry W. Blackwell. (44 pages). Court Reporter: Lori Morrow. For a copy of the transcript, please file a Transcript Request under *Other Filings/Other Documents*.<br><br>**Parties have 21 days to file a *Statement of Redaction*. In accordance with Judicial Conference policy and Local Rule 80.1, the transcript may be released and made remotely electronically available to the public in 90 days.** For further information on redaction procedures, please review Local Rule 5.5 and *Case Information >Transcripts, Court Reporters and Digital Audio Recordings*.<br><br>Statement of Redaction due 4/13/2026.<br>Redacted Transcript Deadline set for 4/23/2026.<br>Release of Transcript Restriction set for 6/22/2026.<br><br>(LLM) (Entered: 03/23/2026) |
| 04/02/2026 | 62 | STATUS REPORT *PLAINTIFFS' AND DEFENDANTS' PROPOSED PROTOCOL ON ACCESS TO BISHOP HENRY WHIPPLE FEDERAL BUILDING FOR PASTORAL CARE* by Minneapolis Area Synod of the Evangelical Lutheran Church in |

| | | |
|---|---|---|
| | | America, Minnesota Conference of the United Church of Christ. Jointly signed by Defendants. (Walcker, Chelsea) Modified text on 4/3/2026 (kt). (Entered: 04/02/2026) |
| 04/03/2026 | 63 | PROPOSED ORDER TO JUDGE re Protocol for Clergy Access to Bishop Henry Whipple Federal Building. (Fuller, David) (Entered: 04/03/2026) |
| 04/03/2026 | 64 | PROPOSED ORDER TO JUDGE re Granting Plaintiffs' Proposed Protocol for Faith Leader Access to Bishop Henry Whipple Federal Building. (Yira, Kaitlin) (Entered: 04/03/2026) |
| 04/16/2026 | 65 | ORDER IMPLEMENTING PRELIMINARY INJUNCTION ON PASTORAL ACCESS. (See Order for Complete Details.)<br><br>Signed by Judge Jerry W. Blackwell on 4/16/2026. (CRD) (Entered: 04/16/2026) |
| 04/23/2026 | 66 | PROPOSED ORDER TO JUDGE re Plaintiffs' Proposed Implementation Protocol re 65 Order/Notice to Attorney. (Westbrook, Erin) (Entered: 04/23/2026) |
| 04/23/2026 | 67 | REPORT re 65 Order/Notice to Attorney *DEFENDANTS PROPOSED OPERATIONAL DETAILS* by Marcos Charles, David Easterwood, Todd Lyons, Kristi Noem, Faron K. Paramore, U.S. Department of Homeland Security, U.S. Federal Protective Service, U.S. Immigration and Customs Enforcement. (Fuller, David) (Entered: 04/23/2026) |
| 04/27/2026 | 68 | ORDER REGARDING IMPLEMENTATION AND FURTHER PROCEEDINGS. **IT IS HEREBY ORDERED** that:<br><br>1. The parties must meet and confer in good faith regarding implementation of the April 16, 2026 Order. The conference must be substantive and directed toward producing a protocol that complies with that Order. Failure to engage in a meaningful meet−and−confer process may result in rejection of a noncompliant submission and further proceedings, including potential sanctions against the party responsible.<br><br>2. By May 1, 2026, the parties must file either a joint proposed implementation protocol or competing proposals accompanied by a joint statement that (a) identifies provisions agreed upon; (b) identifies each remaining dispute; and (c) explains, with specificity, how each proposal complies with the April 16, 2026 Order.<br><br>3. Any renewed proposal must be limited to operational details. The scope of access is not open for relitigation.<br><br>Signed by Judge Jerry W. Blackwell on 4/27/2026. (CRD) (Entered: 04/27/2026) |
| 05/01/2026 | 69 | PROPOSED ORDER TO JUDGE re Plaintiffs' and Defendants' Proposed Implementation Protocol re 68 Order/Notice to Attorney,,,,. (Westbrook, Erin) (Entered: 05/01/2026) |
| 05/08/2026 | 70 | ORDER REGARDING PROPOSED IMPLEMENTATION PROTOCOL. (See Order for Details.) Signed by Judge Jerry W. Blackwell on 5/8/2026. (LC2) (Entered: 05/08/2026) |
| 05/12/2026 | 71 | MOTION for Extension of Time , *Additional Time to Respond to Complaint nunc pro tunc* filed by Marcos Charles, David Easterwood, Todd Lyons, Kristi Noem, Faron K. Paramore, U.S. Department of Homeland Security, U.S. Federal Protective Service, U.S. Immigration and Customs Enforcement. (Fuller, David) (Entered: 05/12/2026) |

| | | |
|---|---|---|
| 05/12/2026 | 72 | PROPOSED ORDER TO JUDGE re 71 MOTION for Extension of Time , *Additional Time to Respond to Complaint nunc pro tunc* filed by Marcos Charles, David Easterwood, Todd Lyons, Kristi Noem, Faron K. Paramore, U.S. Department of Homeland Security, U.S. Federal Protective Service, U.S. Immigration and Customs Enforcement.(Fuller, David) (Entered: 05/12/2026) |
| 05/19/2026 | 73 | ORDER granting 71 Motion for Extension of Time. Signed by Magistrate Judge David T. Schultz on 5/19/2026. (SB) (Entered: 05/19/2026) |
| 06/11/2026 | 74 | ANSWER to Complaint filed by Marcos Charles, David Easterwood, Todd Lyons, Kristi Noem, Faron K. Paramore, U.S. Department of Homeland Security, U.S. Federal Protective Service, U.S. Immigration and Customs Enforcement. (Fuller, David) (Entered: 06/11/2026) |
| 06/15/2026 | 75 | ORDER/NOTICE OF SCHEDULING RULE 16 CONFERENCE:<br>**Confidential Letters due 7/14/2026.**<br>Parties are directed to Meet and Confer by 7/14/2026.<br>Rule 26 Meeting Report due by 7/14/2026.<br>Pretrial Conference set for 7/21/2026 at 11:00 AM in Courtroom 9W (MPLS) before Magistrate Judge David T. Schultz.<br>Signed by Magistrate Judge David T. Schultz on 6/15/2026. (Attachments: # 1 Consent) (SB) (Entered: 06/15/2026) |
| 07/06/2026 | 76 | Joint MOTION for Continuance */ to Continue Pretrial Conference and Extend Related Deadlines* filed by Christopher Collins, SJ, Minneapolis Area Synod of the Evangelical Lutheran Church in America, Minnesota Conference of the United Church of Christ. (Westbrook, Erin) (Entered: 07/06/2026) |
| 07/06/2026 | 77 | PROPOSED ORDER TO JUDGE re 76 Joint MOTION for Continuance */ to Continue Pretrial Conference and Extend Related Deadlines* filed by Christopher Collins, SJ, Minneapolis Area Synod of the Evangelical Lutheran Church in America, Minnesota Conference of the United Church of Christ.(Westbrook, Erin) (Entered: 07/06/2026) |
| 07/07/2026 | 78 | ORDER granting 76 Motion for Continuance. Confidential Letters due 8/7/2026. Parties are directed to Meet and Confer by 8/7/2026. Rule 26 Meeting Report due by 8/7/2026. Pretrial Conference reset for 8/14/2026 at 10:00 AM in Courtroom 9W (MPLS) before Magistrate Judge David T. Schultz. Signed by Magistrate Judge David T. Schultz on 7/7/2026. (SB) (Entered: 07/07/2026) |
| 07/07/2026 | 79 | NOTICE OF APPEAL TO 8TH CIRCUIT as to 70 Order/Notice to Attorney by Marcos Charles, David Easterwood, Todd Lyons, Kristi Noem, Faron K. Paramore, U.S. Department of Homeland Security, U.S. Federal Protective Service, U.S. Immigration and Customs Enforcement. (Fuller, David) (Entered: 07/07/2026) |
| 07/08/2026 | 80 | TRANSMITTAL OF INTERLOCUTORY APPEAL LETTER TO U. S. COURT OF APPEALS, 8TH CIRCUIT, Re: Notice of Appeal to 8th Circuit, 79 . (LTT) (Entered: 07/08/2026) |
| 07/08/2026 | 81 | (Text−Only) NOTICE to USCA of subsequent filing in a civil case, Re: Transcript 61 . (LTT) (Entered: 07/08/2026) |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Minneapolis Area Synod of the Evangelical Lutheran Church in America; Minnesota Conference of the United Church of Christ; and Father Christopher Collins, SJ,

Plaintiffs,

v.

U.S. Department of Homeland Security; Kristi Noem, *in her official capacity as Secretary of Homeland Security*; U.S. Immigration and Customs Enforcement; Todd Lyons, *in his official capacity as Acting Director of Immigration and Customs Enforcement*; Marcos Charles, *in his official capacity as the Acting Executive Director for Immigration and Customs Enforcement and Removal Operations*; David Easterwood, *in his official capacity as Acting Field Office Director for Immigration and Customs Enforcement's Enforcement and Removal Operations St. Paul Field Office*; U.S. Federal Protective Service; and Faron K. Paramore, *in his official capacity as Director of the Federal Protective Service*,

Defendants.

Civ. No. 26-1576 (JWB/DTS)

**ORDER**
**REGARDING PROPOSED IMPLEMENTATION PROTOCOL**

---

The Preliminary Injunction Order and subsequent implementation orders directed the parties to meet and confer regarding operational procedures consistent with the governing requirements previously established in this matter. (*See* Doc. Nos. 57, 65, 68.)

The parties have now jointly submitted a proposed implementation protocol, representing that no disputes remain regarding its terms. (Doc. No. 69.) The parties are commended for meaningfully conferring and translating the governing requirements into

a workable operational framework.

The jointly submitted protocol is accepted as the operative implementation framework in this matter.

The prior Orders remain the controlling source of the parties' legal obligations. This Court's acceptance of the protocol does not expand the scope of relief previously ordered, nor does it constitute independent adjudication or endorsement of every legal position or operational detail in the parties' submission. The protocol instead reflects the parties' agreed approach to implementing the requirements previously established in this matter and appears facially consistent with the guidelines set forth in the prior Orders.

Nothing in this Order prevents either party from raising future disputes regarding implementation, compliance, modification, or interpretation should circumstances require further judicial review.

**IT IS SO ORDERED.**

Date: May 8, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:26-cv-01576-JWB-DTS

Minneapolis Area Synod of the Evangelical Lutheran Church in America, et al.,

Plaintiffs,

v.

U.S. Department of Homeland Security, et al.,

Defendants.

**NOTICE OF APPEAL**

NOTICE is hereby given that the Federal Defendants appeal to the United States Court of Appeals for the Eighth Circuit from the Order Regarding Proposed Implementation Protocol entered by the United States District Court for the District of Minnesota on May 8, 2026, (ECF No. 70).

Dated: July 7, 2026

DANIEL N. ROSEN
United States Attorney

*s/ David W. Fuller*
BY: DAVID W. FULLER
Assistant United States Attorney
Attorney ID Number 390922
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
David.fuller@usdoj.gov

# UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA

**Warren E. Burger Federal Building and U.S. Courthouse**
316 North Robert Street
Room 100
St. Paul, MN 55101

**Diana E. Murphy U.S. Courthouse**
300 South Fourth Street
Room 202
Minneapolis, MN 55415

**Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse**
515 West First Street
Duluth, MN 55802

**Edward J. Devitt U.S. Courthouse and Federal Building**
118 South Mill Street
Fergus Falls, MN 56537

## TRANSMITTAL OF INTERLOCUTORY APPEAL

Date: July 8, 2026

To: U.S. COURT OF APPEALS, 8TH CIRCUIT

From: LT- U.S. District Court-Minnesota

In Re: District Court Case No. 26-cv-01576-JWB-DTS
Eighth Circuit Case No.: Not yet assigned
Case Title: Minneapolis Area Synod of the Evangelical Lutheran Church in America et al v. U.S. Department of Homeland Security et al

The statutory filing fee has:
☐been paid, receipt number:
☐not been paid as of
IFP ☐is ☐is not pending
☒been waived because:
☐Application for IFP granted ☒USA filed appeal

Length of Trial: N/A

Was a court reporter utilized? ☒Yes ☐No
If yes, please identify the court reporter: Lori Morrow