# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

MINNEAPOLIS AREA SYNOD OF THE
LUTHERAN EVANGELICAL CHURCH IN
AMERICA, et al.,

    Plaintiffs-Appellees,

      v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, et al.,

    Defendants-Appellants.

No. 26-2384

## JOINT STIPULATION TO DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the parties

hereby stipulate to the voluntary dismissal of Defendants-Appellants' appeal.

Each party shall bear its own fees and costs.

Appellate Case: 26-2384   Page: 1   Date Filed: 07/24/2026 Entry ID: 5664761

Respectfully submitted,

CHARLES W. SCARBOROUGH
 *s/ Domenic A. Canonico*
DOMENIC A. CANONICO
*Attorneys, Appellate Staff*
*Civil Division, Room 7246*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 353-8189*
*domenic.canonico@usdoj.gov*

*Counsel for Appellants*

 *s/ Chelsea Walcker*
CHELSEA WALCKER
Groundwork Legal
1650 West End Boulevard, Suite 100
Saint Louis Park, MN 55416
(612) 208-9349
chelsea@groundworklegal.org


*Counsel for Appellees*

JULY 24, 2026